Opinion issued June 13, 2002 










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00396-CR

____________


ANTONIO ANDREW DAVIDSON, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 339th District Court

Harris County, Texas

Trial Court Cause No. 899665






MEMORANDUM OPINION

 Appellant filed a motion expressing his desire to dismiss the appeal. The
motion is in writing, signed by appellant. We have not yet issued a decision. 
Accordingly, the appeal is dismissed. Tex. R. App. P. 42.2(a).

 The clerk of this Court is directed to issue mandate immediately. Tex. R. App.
P. 18.1.

PER CURIAM

Panel consists of Justices Mirabal, Taft, and Smith. (1)

Do not publish. Tex. R. App. P. 47.
1. The Honorable Jackson B. Smith, Jr., retired Justice, Court of Appeals, First
District of Texas at Houston, participating by assignment.